FILED'09 NOV 12 14:49USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

Certified to be a true and correct copy of original filed in this District.
Dated: 2-25-10
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk
Pages 1 Through 1

NANCY FIELDS,

        **Plaintiff,**

v.                               Civil No. 08-6041-TC

TOMLIN NICKS WELLS &
TOWNSEND ADVERTISING, INC.,

        **Defendant.**

## JUDGMENT

Plaintiff is awarded treble damages in the amount of $4,830,000.00 (damages in the amount of $1,610,000.00 multiplied by three to represent a treble award). Plaintiff is further awarded attorney fees and costs in the amount of $29,725.83 ($29,049.50 in fees and $676.33 in costs). This action is dismissed.

Dated: November 12, 2009.

                                            [signature]
                                            United States District Judge